IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02615-WDM-MJW

MARK RUSSELL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
Department of Health and Human Services

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION TO VACATE
AND RESET SCHEDULING CONFERENCE** ( Docket No. 8 )

---

The Court having reviewed the unopposed motion to vacate and reset the scheduling conference in this matter and being duly advised in its premises hereby GRANTS the motion.

The scheduling conference is vacated and reset to March 7, 2008, at 10:00 a.m. Proposed Scheduling Order due March 3, 2008

Done this 13TH of February, 2008.

BY THE COURT

_/s/ Michael J. Watanabe_
~~District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO